```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| FRANZ GOLDING, | 1:20-cv-6571 (NLH) |
| Petitioner, | **MEMORANDUM OPINION & ORDER** |
| v. |  |
| WARDEN, FCI FT. DIX, |  |
| Respondent. |  |

**APPEARANCES**:

Franz Golding
57696-054
Fort Dix Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

    Petitioner pro se

Craig Carpenito, United States Attorney
John F. Basiak, Jr., Assistant United States Attorney
U.S. Attorney's Office
402 E. State Street, Room 430
Trenton, NJ 08608

    Attorneys for Respondent

**HILLMAN, District Judge**

    WHEREAS, Franz Golding filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on May 29, 2020, see ECF No. 1; and

    WHEREAS, on July 2, 2020, the Court ordered the United States to respond to the petition within 45 days, see ECF No. 5;

and

    WHEREAS, the United States requests until September 16, 2020 to file its response to the petition, see ECF No. 7,

    THEREFORE, IT IS on this  12th  day of August, 2020

    ORDERED that the United States' request for an extension, ECF No. 7, is granted.  Its response is due September 16, 2020; and it is finally

    ORDERED that the Clerk shall send a copy of this order to Petitioner by regular mail.

                                                s/ Noel L. Hillman
At Camden, New Jersey            NOEL L. HILLMAN, U.S.D.J.