```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                              :
FRANZ GOLDING,                :
                              :
          Petitioner,         :   Civ. No. 20-6571 (NLH)
                              :
     v.                       :   MEMORANDUM OPINION & ORDER
                              :
                              :
WARDEN FCI FORT DIX,          :
                              :
          Respondent.         :
_____:
```

APPEARANCE:

Franz Golding
57696-054
Fort Dix Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

 Petitioner Pro se

Craig Carpenito, United States Attorney
John Francis Basiak, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
402 E. State Street, Room 430
Trenton, NJ 08608

 Attorneys for Respondent

HILLMAN, District Judge

 WHEREAS, Petitioner Franz Golding filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, see ECF No. 1; and

 WHEREAS, the Court ordered Respondent to answer the petition on July 2, 2020, see ECF No. 5; and

WHEREAS, Respondent requests an extension until October 7, 2020 to submit its answer, ECF No. 9,

THEREFORE, IT IS on this <u>  23rd  </u> day of <u>September</u>, 2020

ORDERED that Respondent's request for an extension, ECF No. 9, is granted.  The response is due October 7, 2020; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.


At Camden, New Jersey                <u>s/ Noel L. Hillman         </u>
                                     NOEL L. HILLMAN, U.S.D.J.